

Villanova University School of Law Digital Repository

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-24-2009

# USA v. Fullmer

Precedential or Non-Precedential: Precedential

Docket No. 06-4211

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Fullmer" (2009). *2009 Decisions.* Paper 170.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/170

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**


UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-4211
_____

UNITED STATES OF AMERICA

v.

DARIUS FULLMER,

Appellant,


_____

No. 06-4296
_____

UNITED STATES OF AMERICA

v.

ANDREW STEPANIAN,

Appellant,

-1-

_____

No. 06-4339
_____

UNITED STATES OF AMERICA

v.

KEVIN KJONAAS
a/k/a Kevin Jonas
a/k/a Steve Shore
a/k/a Jim Fareer

KEVIN KJONAAS,

Appellant,
_____

No. 06-4436
_____

UNITED STATES OF AMERICA

v.

JOSHUA HARPER,

Appellant,

-2-

_____

No. 06-4437
_____

UNITED STATES OF AMERICA

v.

LAUREN GAZZOLA,

Appellant,


_____

No. 06-4438
_____

UNITED STATES OF AMERICA

v.

STOP HUNTINGDON ANIMAL CRUELTY USA, INC.,

Appellant,

-3-

_____

No. 06-4447

_____

UNITED STATES OF AMERICA

v.

JACOB CONROY,

Appellant.

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 04-cr-00373)
District Judge: Honorable Anne E. Thompson

_____

Argued January 6, 2009

Before: FUENTES and FISHER, Circuit Judges and
DITTER,[*] District Judge

(Opinion Filed: October 14, 2009)

H. Louis Sirkin (Argued)
Sirkin Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202-2726

Attorney for Appellant Lauren Gazzola

---

[*] Honorable J. William Ditter, Jr., District Judge for the United
States District Court for the Eastern District of Pennsylvania,
sitting by designation.

Robert G. Stahl (Argued)
Laura K. Gasiorowski
Stahl Farella & Sarokin
220 St. Paul Street
Westfield, NJ 07090

      <u>Attorneys for Appellant Kevin Kjonaas</u>

Peter Goldberger (Argued)
50 Rittenhouse Place
Ardmore, PA 19003-2276

      <u>Attorney for Appellant Joshua Harper</u>

Robert A. Obler
Suite 200
3131 Princeton Pike
Building 3D
Lawrenceville, NJ 08648

      <u>Attorney for Appellant Darius Fullmer</u>

Paul J. Hetznecker
Suite 911
1420 Walnut Street
Philadelphia, PA 19102

      <u>Attorney for Appellant Andrew Stepanian</u>

Andrew F. Erba, II
Williams, Cuker, & Berezofsky
1617 John F. Kennedy Boulevard
One Penn Center, Suite 800
Philadelphia, PA 19103

      <u>Attorneys for Appellant Stop Huntingdon Animal Cruelty USA, Inc.</u>

Hal K. Haveson
Haveson & Otis
194 Nassau Street
Princeton, NJ 08542

Attorney for Appellant Jacob Conroy

Glenn J. Moramarco (Argued)
George S. Leone
Assistant United States Attorney
Camden Federal Building & Courthouse
401 Market Street. Fourth Floor
Camden, NJ 08101

Attorney for Appellee

Matthew Strugar, Esq.
Center for Constitutional Rights
National Lawyers Guild
First Amendment Lawyers Association
666 Broadway, 7th Floor
New York, NY 10012

Amici Curiae - Appellants

---

ORDER AMENDING OPINION

---

FUENTES, Circuit Judge:

IT IS NOW ORDERED that on Page 7, Section I, first line be amended as follows:

Change the word "principle" to "principal".

/s/  Julio M. Fuentes

Circuit Judge

DATED:  November 24, 2009